AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of Delaware

| | | |
|---|---|---|
| CHRIS WOODFIELD, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED, *Plaintiff(s)* <br><br> v. <br><br> TWITTER, INC., X CORP., X HOLDINGS I, INC., X HOLDING CORP., AND ELON MUSK, *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 1:23-cv-00780-UNA |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  X Corp.
c/o CT Corporation System
701 S CARSON ST STE 200,
Carson City, NV, 89701

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Joseph L. Christensen, Esq.
Christensen & Dougherty LLP
1000 N. West Street
Suite 1200
Wilmington, DE 19801

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

/s/ John A. Cerino

Date: 07/19/2023

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:23-cv-00780-UNA

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* X Corp.
was received by me on *(date)* 07/24/2023.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Ana Gomes, Administrative Assistant , who is designated by law to accept service of process on behalf of *(name of organization)* X Corp. at Registered Agent C T Corporation, 701 S. Carson 701 S. Carson City, NV 89701 on *(date)* 07/25/2023 at 9:24 am ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 07/25/2023

*Server's signature*

Braden M. Curci, Process Server, R-2023-08334
*Printed name and title*

Legal Process Service, NV PILB #604
105 Mary St.,
Reno NV 89509
*Server's address*

Additional documents served:
Civil Cover Sheet, C.A. NO. 1:23 - Jury Trial Demanded