## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHRIS WOODFIELD, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED,<br><br>   Plaintiff,<br><br>  v.<br><br>TWITTER, INC., X CORP., X HOLDINGS I, INC., X HOLDING CORP., and ELON MUSK,<br><br>   Defendants. | Civil Action No. 23-cv-00780-CFC |

## **NOTICE OF ENTRY OF APPEARANCE**

Please enter the appearance of Jody C. Barillare and the firm Morgan, Lewis & Bockius LLP, to represent Defendants Twitter, Inc., X Corp., X Holdings I, Inc., X Holding Corp., and Elon Musk in the above-captioned matter. I certify that I am admitted to practice in this Court.

Dated: August 3, 2023

          */s/ Jody Barillare*
          Jody Barillare (No. 5107)
          MORGAN, LEWIS & BOCKIUS LLP
          1201 N. Market Street, Suite 2201
          Wilmington, DE 19801
          Telephone: 302-574-3000
          jody.barillare@morganlewis.com

          *Attorney for Defendants*