IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHRIS WOODFIELD, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED,<br><br>   Plaintiff,<br><br>   v.<br><br>TWITTER, INC., X CORP., X HOLDINGS I, INC., X HOLDINGS CORP., and ELON MUSK,<br><br>   Defendants. | C.A. No. 1:23-cv-780-CFC |

**STIPULATION AND [PROPOSED] ORDER REGARDING WAIVER OF SERVICE AND THE TIME TO RESPOND TO THE COMPLAINT**

WHEREAS, on July 18, 2023, Plaintiffs filed their Complaint (D.I. 1);

WHEREAS, on July 20, 2023, the Complaint was served on Defendants Twitter, Inc. (D.I. 3) and X Holdings I, Inc. (D.I. 4);

WHEREAS, on July 25, 2023, the Complaint was served on Defendants X Corp. (D.I. 5) and X Holdings Corp. (D.I. 6);

WHEREAS, on August 3, 2023, the parties agreed that Defendant Musk would accept service of the Complaint;

IT IS HEREBY STIPULATED AND AGREED by Plaintiff and Defendants, subject to the approval of the Court that:

  1.  Defendant Musk accepted service of the First Amended Complaint on August 3, 2023 and waives any defense under Fed. R. Civ. P. 12(b)(4) and (5) while expressly reserving all other defenses, without limitation; and

  2.  Defendants' shall respond to the Complaint by August 28, 2023.

Dated:  August 7, 2023

| | |
|---|---|
| CHRISTENSEN & DOUGHERTY LLP | MORGAN, LEWIS & BOCKIUS, LLP |
| */s/ Joseph L. Christensen* | */s/ Jody C. Barillare* |
| Joseph L. Christensen (#5146) | Jody C. Barillare (#5107) |
| 1000 N. West Street, Suite 1200 | 1201 N. Market Street, Suite 2201 |
| Wilmington, Delaware 19801 | Wilmington, Delaware 19801 |
| Tel: (302) 212-4330 | 302-574-7294 |
| joe@christensendougherty.com | jody.barillare@morganlewis.com |
| *Attorney for Plaintiff* | *Attorney for Defendants* |

SO ORDERED this _____ day of August, 2023.

_____
The Hon. Colm F. Connolly