# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHRIS WOODFIELD, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiff,<br><br>v.<br><br>TWITTER, INC., X CORP., X HOLDINGS I, INC., X HOLDINGS CORP., and ELON MUSK,<br><br>Defendants. | C.A. No. 1:23-cv-780-CFC |

## STIPULATION AND [PROPOSED] ORDER REGARDING DEFENDANT ELON MUSK'S DEADLINE TO RESPOND TO THE COMPLAINT

WHEREAS, on July 18, 2023, Plaintiffs filed their Complaint (D.I. 1);

WHEREAS, on July 20, 2023, the Complaint was served on Defendants Twitter, Inc. (D.I. 3) and X Holdings I, Inc. (D.I. 4);

WHEREAS, on July 25, 2023, the Complaint was served on Defendants X Corp. (D.I. 5) and X Holdings Corp. (D.I. 6);

WHEREAS, on August 3, 2023, the Parties agreed that Defendant Musk would waive and accept service of the Complaint;

WHEREAS, on August 7, 2023, the Parties filed a Stipulation and [Proposed] Order Regarding Waiver of Service and the Time to Respond to the Complaint, and requested that the deadline to respond to the Complaint be extended to August 28, 2023 for all Defendants;

WHEREAS, on August 7, 2023, the Court entered the Parties' [Proposed] Order and set Defendants' deadline to respond to the Complaint as August 28, 2023;

WHEREAS, the Parties have met and conferred and agreed to extend Defendant Elon Musk's deadline to respond to the Complaint by nine days, to and including September 6, 2023;

IT IS HEREBY STIPULATED AND AGREED by Plaintiff and Defendants, subject to the approval of the Court, that:

1. Defendant Elon Musk shall respond to the Complaint by September 6, 2023.

2. The remaining Defendants shall respond to the Complaint by August 28, 2023.

Dated:  August 25, 2023

| CHRISTENSEN & DOUGHERTY LLP | MORGAN, LEWIS & BOCKIUS, LLP |
|---|---|
| */s/ Joseph L. Christensen* <br> Joseph L. Christensen (#5146) <br> 1000 N. West Street, Suite 1200 <br> Wilmington, Delaware 19801 <br> Tel: (302) 212-4330 <br> joe@christensendougherty.com <br><br> *Attorney for Plaintiff* | */s/ Jody C. Barillare* <br> Jody C. Barillare (#5107) <br> 1201 N. Market Street, Suite 2201 <br> Wilmington, Delaware 19801 <br> 302-574-7294 <br> jody.barillare@morganlewis.com <br><br> *Attorney for Defendants* |

SO ORDERED this _____ day of _____, 2023.

_____
The Hon. Colm F. Connolly