IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHRIS WOODFIELD, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED,<br><br>*Plaintiff*,<br><br>v.<br><br>TWITTER, INC., X CORP., X HOLDINGS I, INC., X HOLDING CORP., and ELON MUSK,<br><br>*Defendants*. | C.A. No. 1:23-cv-780-CFC |

**[PROPOSED] ORDER GRANTING DEFENDANT X CORP. f/k/a TWITTER, INC. AND X HOLDINGS CORP. f/k/a X HOLDINGS I, INC.'S MOTION TO COMPEL ARBITRATION**

This matter is before the Court on Defendant X Corp. f/k/a Twitter, Inc. and X Holdings Corp. f/k/a X Holdings I, Inc.'s motion to compel arbitration.

Upon consideration of the Motion and supporting Opening Brief, all Oppositions and Replies, and all materials and information provided to the Court in these submissions, the Court concludes that:

1. The Motion is **GRANTED**.

2. Plaintiff is hereby ordered to submit his claims to binding arbitration on an individual basis only.

3. Plaintiff's lawsuit is hereby dismissed.

**IT IS SO ORDERED.**

1

Dated: _____, 2023

                                                                                         _____
                                                                                         HON. COLM F. CONNOLLY
                                                                                         United States District Chief Judge