# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHRIS WOODFIELD, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED,<br><br>        *Plaintiff*,<br><br>    v.<br><br>TWITTER, INC., X CORP., X HOLDINGS I, INC., X HOLDING CORP., and ELON MUSK,<br><br>        *Defendants*. | C.A. No. 1:23-cv-780-CFC |

## CERTIFICATE OF COMPLIANCE

I certify that the foregoing Opening Brief complies with the Court's standing order dated November 10, 2022 regarding briefing in all cases.  The Opening Brief has been prepared using 14-point Times New Roman font and contains 4,743 words, excluding caption, tables of contents and authorities, and signature blocks.

Dated:  August 28, 2023

MORGAN, LEWIS & BOCKIUS LLP

*/s/ Jody C. Barillare*
Jody C. Barillare (#5107)
1201 N. Market Street, Suite 2201
Wilmington, Delaware 19801
302-574-7294
jody.barillare@morganlewis.com

*Attorney for Defendants X Corp. f/k/a Twitter, Inc. and X Holdings Corp. f/k/a X Holdings I, Inc.*