# EXHIBIT 4

**KAMERMAN, UNCYK, SONIKER & KLEIN P.C.**

COUNSELORS AT LAW

1700 BROADWAY, 16TH FLOOR

NEW YORK, NEW YORK 10019

(212) 400-4930

May 29, 2023

Sarah Nevins
Arbitration Practice Manager – East/Central
snevins@jamsadr.com

### RE: Woodfield v. Twitter et al., Case No. 160100199

Ms. Nevins,

    As you know, we represent Chris Woodfield in the above-captioned arbitration, along with numerous other former Twitter employees ("ex-Tweeps") with similar claims. I write in response to Twitter's letter of May 22, 2023, asking JAMS to deny jurisdiction over Mr. Woodfield's arbitration on the basis that the Dispute Resolution Agreement he submitted with his Demand for Arbitration, which bears Mr. Woodfield's name and specifies JAMS as the arbitration provider, was signed only by Twitter and not by Mr. Woodfield. Twitter makes this objection even though, per its filings in other matters, it has a copy of Mr. Woodfield's fully executed DRA in its own files.

    After consideration, Mr. Woodfield accepts Twitter's waiver of its right to arbitrate his dispute, and therefore does not oppose JAMS declining jurisdiction over his claims. He will pursue those claims in court.

Respectfully submitted,

*/s/ Akiva M. Cohen*