# EXHIBIT 6

| | |
|---|---|
| **From:** | Sarah Nevins <snevins@jamsadr.com> |
| **Sent:** | Monday, June 5, 2023 11:05 AM |
| **To:** | Akiva Cohen; Chowdhry, Kaiser H.; Kathryn Tewson; Dylan Schmeyer; Mike Dunford; Berry, Brian D.; Meckley, Eric; Wallace, Thomas Cullen; Cherry, Ashlee N.; Stephenson, Kassia; Lotsoff, Jonathan D.; Alamuddin, Sari M.; Lipsky, Megan L.; Haimann, Ph.D., Clifford |
| **Cc:** | Kat Farley; Doyle, Adele; Allen, Owen; Meyer, Cait |
| **Subject:** | RE: Kamerman Twitter Cases - JAMS Ref No. 1601002006 |

[EXTERNAL EMAIL]
Thank you for the clarification and apologies for the oversight.

To be clear on JAMS' position, we have not declined to administer this matter, we just cannot proceed until a signed employment agreement containing an arbitration clause naming JAMS as the arbitration provider is provided to the file.

Sarah



**Sarah Nevins**
Arbitration Practice Manager – East/Central

**JAMS** - *Local Solutions. Global Reach.™*
P: 313.209.8851
**www.jamsadr.com**

Manage your case anytime, anywhere.
**Register now for JAMS Access.**
Follow us on **LinkedIn** and **Twitter**.

---

**From:** Akiva Cohen <acohen@kusklaw.com>
**Sent:** Monday, June 5, 2023 2:00 PM
**To:** Sarah Nevins <snevins@jamsadr.com>; Chowdhry, Kaiser H. <kaiser.chowdhry@morganlewis.com>; Kathryn Tewson <ktewson@kusklaw.com>; Dylan Schmeyer <dschmeyer@kusklaw.com>; Mike Dunford <mdunford@kusklaw.com>; Berry, Brian D. <brian.berry@morganlewis.com>; Meckley, Eric <eric.meckley@morganlewis.com>; Wallace, Thomas Cullen <cullen.wallace@morganlewis.com>; Cherry, Ashlee N. <ashlee.cherry@morganlewis.com>; Stephenson, Kassia <kassia.stephenson@morganlewis.com>; Lotsoff, Jonathan D. <jonathan.lotsoff@morganlewis.com>; Alamuddin, Sari M. <sari.alamuddin@morganlewis.com>; Lipsky, Megan L. <megan.lipsky@morganlewis.com>; Haimann, Ph.D., Clifford <clifford.haimann@morganlewis.com>
**Cc:** Kat Farley <kfarley@kusklaw.com>; Doyle, Adele <adele.doyle@morganlewis.com>; Allen, Owen <owen.allen@morganlewis.com>; Meyer, Cait <cait.meyer@morganlewis.com>
**Subject:** RE: Kamerman Twitter Cases - JAMS Ref No. 1601002006

> **Caution:** This email originated from outside JAMS. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Ms. Nevins,

1

To be clear, we did not withdraw the claim. We simply did not oppose Respondents' objection.

Akiva M. Cohen
Kamerman Uncyk Soniker & Klein
1700 Broadway
New York, NY 10019
212-400-4930

---

**From:** Sarah Nevins <snevins@jamsadr.com>
**Sent:** Monday, June 5, 2023 8:17:08 AM
**To:** Chowdhry, Kaiser H. <kaiser.chowdhry@morganlewis.com>; Kathryn Tewson <ktewson@kusklaw.com>; Akiva Cohen <acohen@kusklaw.com>; Dylan Schmeyer <dschmeyer@kusklaw.com>; Mike Dunford <mdunford@kusklaw.com>; Berry, Brian D. <brian.berry@morganlewis.com>; Meckley, Eric <eric.meckley@morganlewis.com>; Wallace, Thomas Cullen <cullen.wallace@morganlewis.com>; Cherry, Ashlee N. <ashlee.cherry@morganlewis.com>; Stephenson, Kassia <kassia.stephenson@morganlewis.com>; Lotsoff, Jonathan D. <jonathan.lotsoff@morganlewis.com>; Alamuddin, Sari M. <sari.alamuddin@morganlewis.com>; Lipsky, Megan L. <megan.lipsky@morganlewis.com>; Haimann, Ph.D., Clifford <clifford.haimann@morganlewis.com>
**Cc:** Kat Farley <kfarley@kusklaw.com>; Doyle, Adele <adele.doyle@morganlewis.com>; Allen, Owen <owen.allen@morganlewis.com>; Meyer, Cait <cait.meyer@morganlewis.com>
**Subject:** RE: Kamerman Twitter Cases - JAMS Ref No. 1601002006

Good Morning Counsel.

Please note that Claimant has withdrawn Woodfield's claim.  They are welcome to refile at any time.

Thank you,
Sarah



**Sarah Nevins**
Arbitration Practice Manager – East/Central

**JAMS - Local Solutions. Global Reach.™**
P: 313.209.8851
**www.jamsadr.com**

Manage your case anytime, anywhere.
**Register now for JAMS Access.**
Follow us on **LinkedIn** and **Twitter**.

---

**From:** Chowdhry, Kaiser H. <kaiser.chowdhry@morganlewis.com>
**Sent:** Friday, June 2, 2023 5:07 PM
**To:** Kathryn Tewson <ktewson@kusklaw.com>; Sarah Nevins <snevins@jamsadr.com>; Akiva Cohen <acohen@kusklaw.com>; Dylan Schmeyer <dschmeyer@kusklaw.com>; Mike Dunford <mdunford@kusklaw.com>; Berry, Brian D. <brian.berry@morganlewis.com>; Meckley, Eric <eric.meckley@morganlewis.com>; Wallace, Thomas Cullen <cullen.wallace@morganlewis.com>; Cherry, Ashlee N. <ashlee.cherry@morganlewis.com>; Stephenson, Kassia <kassia.stephenson@morganlewis.com>; Lotsoff, Jonathan D. <jonathan.lotsoff@morganlewis.com>; Alamuddin, Sari M. <sari.alamuddin@morganlewis.com>; Lipsky, Megan L. <megan.lipsky@morganlewis.com>; Haimann, Ph.D., Clifford <clifford.haimann@morganlewis.com>
**Cc:** Kat Farley <kfarley@kusklaw.com>; Doyle, Adele <adele.doyle@morganlewis.com>; Allen, Owen

<owen.allen@morganlewis.com>; Meyer, Cait <cait.meyer@morganlewis.com>
**Subject:** RE: Kamerman Twitter Cases - JAMS Ref No. 1601002006

> **Caution:** This email originated from outside JAMS. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Ms. Nevins,

Attached please find Respondents' response to Claimant Woodfield's letter dated May 29, 2023.

Thank you,
Kaiser

**Kaiser H. Chowdhry**
**Morgan, Lewis & Bockius LLP**
1111 Pennsylvania Avenue, NW | Washington, DC20004-2541
Direct: +1.202.739.5230 | Main: +1.202.739.3000 |Cell: 443.745.0393 | Fax: +1.202.739.3001
kaiser.chowdhry@morganlewis.com| www.morganlewis.com
Assistant: Roslyn J. Braden | +1.202.739.5781 | roslyn.braden@morganlewis.com

---

**From:** Kathryn Tewson <ktewson@kusklaw.com>
**Sent:** Tuesday, May 30, 2023 8:34 AM
**To:** Sarah Nevins <snevins@jamsadr.com>; Akiva Cohen <acohen@kusklaw.com>; Dylan Schmeyer <dschmeyer@kusklaw.com>; Mike Dunford <mdunford@kusklaw.com>; Berry, Brian D. <brian.berry@morganlewis.com>; Meckley, Eric <eric.meckley@morganlewis.com>; Wallace, Thomas Cullen <cullen.wallace@morganlewis.com>; Cherry, Ashlee N. <ashlee.cherry@morganlewis.com>; Stephenson, Kassia <kassia.stephenson@morganlewis.com>; Lotsoff, Jonathan D. <jonathan.lotsoff@morganlewis.com>; Alamuddin, Sari M. <sari.alamuddin@morganlewis.com>; Chowdhry, Kaiser H. <kaiser.chowdhry@morganlewis.com>; Lipsky, Megan L. <megan.lipsky@morganlewis.com>; Haimann, Ph.D., Clifford <clifford.haimann@morganlewis.com>
**Cc:** Kat Farley <kfarley@kusklaw.com>; Doyle, Adele <adele.doyle@morganlewis.com>; Allen, Owen <owen.allen@morganlewis.com>; Meyer, Cait <cait.meyer@morganlewis.com>
**Subject:** Re: Kamerman Twitter Cases - JAMS Ref No. 1601002006

[EXTERNAL EMAIL]
Ms. Nevins,

Attached please find Claimant Chris Woodfield's response to Respondents' objections.

Kathryn Tewson, Paralegal

**Kamerman, Uncyk, Soniker & Klein P.C.**

206-940-3701

*Unless specifically set forth above, the transmission of this communication is not intended to be a legally binding electronic signature, and no offer, commitment or assent on behalf of the sender or its client is expressed or implied by the sending of this message, or any attachments.  This message and any attachments contain and are intended to be a confidential transmission of information or documents from Kamerman, Uncyk, Soniker & Klein P.C., which is legally privileged.  The materials or information enclosed are intended only for the use of the individual or entity to which this message is addressed.  If you are not the intended recipient, an addressee, or the person responsible for delivering this to an addressee, you are hereby notified that reading, using, disclosing, copying, or distributing any part of this message or*

*the taking of any action in reliance on the contents of this transmission is strictly prohibited. If you have received this transmission in error, please contact us immediately and take the steps necessary to delete the message completely from your computer system. Thank you.*

---

**From:** Sarah Nevins <snevins@jamsadr.com>
**Sent:** Tuesday, May 23, 2023 6:02 AM
**To:** Akiva Cohen <acohen@kusklaw.com>; Dylan Schmeyer <dschmeyer@kusklaw.com>; Mike Dunford <mdunford@kusklaw.com>; brian.berry@morganlewis.com <brian.berry@morganlewis.com>; eric.meckley@morganlewis.com <eric.meckley@morganlewis.com>; cullen.wallace@morganlewis.com <cullen.wallace@morganlewis.com>; ashlee.cherry@morganlewis.com <ashlee.cherry@morganlewis.com>; kassia.stephenson@morganlewis.com <kassia.stephenson@morganlewis.com>; jonathan.lotsoff@morganlewis.com <jonathan.lotsoff@morganlewis.com>; sari.alamuddin@morganlewis.com <sari.alamuddin@morganlewis.com>; kaiser.chowdhry@morganlewis.com <kaiser.chowdhry@morganlewis.com>; megan.lipsky@morganlewis.com <megan.lipsky@morganlewis.com>; clifford.haimann@morganlewis.com <clifford.haimann@morganlewis.com>
**Cc:** Kathryn Tewson <ktewson@kusklaw.com>; Kat Farley <kfarley@kusklaw.com>; adele.doyle@morganlewis.com <adele.doyle@morganlewis.com>; owen.allen@morganlewis.com <owen.allen@morganlewis.com>; cait.meyer@morganlewis.com <cait.meyer@morganlewis.com>
**Subject:** Kamerman Twitter Cases - JAMS Ref No. 1601002006

Good Morning Counsel.

I am in receipt of Respondent's objection to Claimants Rabinowitz and Woodfield. Are Claimants in agreement or do they wish to respond? Please advise.

Thank you,
Sarah



**Sarah Nevins**
Arbitration Practice Manager – East/Central

**JAMS** *- Local Solutions. Global Reach.™*
P: 313.209.8851
**www.jamsadr.com**

Manage your case anytime, anywhere.
**Register now for JAMS Access.**
Follow us on **LinkedIn** and **Twitter**.