# EXHIBIT 9



NOTICE TO ALL PARTIES                                                                                            June 21, 2023

      RE:      Twitter Inc.'s Request For Fee Sharing

Dear Parties:

JAMS has received and reviewed Twitter's June 2 request for equal apportionment of JAMS fees in arbitrations pending in certain jurisdictions, and the several responses thereto from counsel for Claimants.

JAMS notified the parties at the outset of these matters that the JAMS Policy on Employment Arbitration Minimum Standards of Procedural Fairness ("Minimum Standards" or "Standards") applies.  The Minimum Standards reflect JAMS administrative policy to administer employment arbitrations under the protections provided in the Minimum Standards.  Application of the Standards is separate and apart from the protections that may apply in any given jurisdiction, and JAMS applies the Standards nationwide.  While the Minimum Standards might go further than the law requires in a particular jurisdiction, JAMS has chosen to conduct its business in a manner which provides these protections for employees where the arbitration agreement is not negotiated and is required as a condition of employment.  As our notice at the outset of each case advised, JAMS applies the Minimum Standards notwithstanding any contrary provision in the parties' arbitration agreement (unlike the JAMS Rules, which are subject to party-agreed procedures consistent with JAMS Rule 2).

The Minimum Standards do not prevent an employee from contributing to JAMS fees (see the Comment under Standard No. 6).  However, absent employee agreement JAMS will continue to issue invoices in these matters consistent with Standard No. 6.

Where JAMS has determined the Minimum Standards apply and an employer declines to proceed under the Minimum Standards, JAMS will decline to administer the arbitration.

As our notice in each case advised, any further issue about whether the Minimum Standards apply in a given case should be directed to the arbitrator in the case.  After hearing from the parties, if the arbitrator believes JAMS should revisit the issue, the arbitrator may advise JAMS accordingly.  JAMS will then review the issue, taking the arbitrator's position into consideration, and will make a final determination.

Twitter Inc.'s Request For Fee Sharing
June 20, 2023
P a g e | **2**

Sincerely,

*/s/ Sheri Eisner*

Sheri Eisner
Senior Vice President, General Counsel
Co-Chair, JAMS National Arbitration Committee