# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHRIS WOODFIELD, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED,<br><br>        Plaintiff,<br><br>    v.<br><br>TWITTER, INC., X CORP., X HOLDINGS I, INC., X HOLDING CORP., and ELON MUSK,<br><br>        Defendants. | C.A. No. 23-cv-00780-CFC |

## MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached Certifications, counsel moves for the admission *pro hac vice* of Eric Meckley, and T. Cullen Wallace of Morgan, Lewis & Bockius LLP to represent Defendants Twitter, Inc., X Corp., X Holdings I, Inc., X Holding Corp., and Elon Musk in the above-captioned action.

Dated: August 29, 2023

MORGAN, LEWIS & BOCKIUS LLP

*/s/ Jody C. Barillare*
Jody C. Barillare (#5107)
1201 N. Market Street, Suite 2201
Wilmington, Delaware 19801
302-574-7294
jody.barillare@morganlewis.com

*Attorney for Defendants*

IT IS SO ORDERED this _____ day of _____, 2023.

_____
The Honorable Colm F. Connolly