**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Texas and pursuant to Local Rule 83.6, submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action.  I also certify that I am generally familiar with this Court's Local Rules.  In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this motion.

Date: August 29, 2023            */s/ T. Cullen Wallace*
                                                    T. Cullen Wallace
                                                    Morgan, Lewis & Bockius LLP
                                                    1000 Louisiana Street, Suite 4000
                                                    Houston, TX 77002
                                                    713.890.5000
                                                    cullen.wallace@morganlewis.com