Format for *Pro Hac Vice* Motion (Rev. 10/19)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHRIS WOODFIELD, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED, PLAINTIFF, <br> v. <br> TWITTER, INC., X CORP., X HOLDINGS I, INC., X HOLDING CORP., AND ELON MUSK, DEFENDANTS. | ) ) ) ) ) ) Civil Action No. 1:23-cv-00780-CFC |

### MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of <u>Akiva Cohen</u> to represent <u>Plaintiff - CHRIS WOODFIELD</u> in this matter.

Signed: <u>/s/ Joseph L. Christensen</u>

(Movant's Name and Delaware State Bar ID Number)   Joseph L. Christensen, Esq. (#5146)

(Movant's Address)  
(Movant's Telephone Number)  

Christensen & Dougherty, LLP  
1000 N. West Street, Suite 1200  
Wilmington, DE 19801  
(302) 212-4330

Attorney for: <u>Plaintiff - CHRIS WOODFIELD</u>  
Date: <u>August 29, 2023</u>

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____   _____  
United States District Judge

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of <u>New York</u> and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 9/1/16, I further certify that the annual fee of $25.00 has been paid ☑ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☐ to the Clerk's Office upon the filing of this motion.

Signed: _____

Date: <u>August 29, 2023</u>  
(Applicant's Address)   Kamerman, Uncyk, Soniker & Klein, P.C.  
1700 Broadway, 16th Floor  
New York, NY 10019