Format for *Pro Hac Vice* Motion (Rev. 10/19)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

CHRIS WOODFIELD, ON BEHALF OF HIMSELF
AND ALL OTHERS SIMILARLY SITUATED,
PLAINTIFF, )
)  Civil Action No. 1:23-cv-00780-CFC
v. )
TWITTER, INC., X CORP., X HOLDINGS I, INC., X )
HOLDING CORP., AND ELON MUSK,
DEFENDANTS.

### MOTION AND ORDER
### FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Michael D. Dunford to represent Plaintiff - CHRIS WOODFIELD in this matter.

Signed: */s/ Joseph L. Christensen*

(Movant's Name and Delaware State Bar ID Number)    Joseph L. Christensen, Esq. (#5146)
(Movant's Address)                                   Christensen & Dougherty, LLP
(Movant's Telephone Number)                          1000 N. West Street, Suite 1200
                                                     Wilmington, DE 19801
                                                     (302) 212-4330

Attorney for: Plaintiff - CHRIS WOODFIELD
Date: August 29, 2023

### ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission pro hac vice is granted.

Date: _____    _____
                         United States District Judge

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Hawaii and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 9/1/16, I further certify that the annual fee of $25.00 has been paid ☑ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☐ to the Clerk's Office upon the filing of this motion.

Signed: _____

Date: August 29, 2023
(Applicant's Address)    Kamerman, Uncyk, Soniker & Klein, P.C.
                         1700 Broadway, 16th Floor
                         New York, NY 10019