# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHRIS WOODFIELD, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED,<br><br>*Plaintiff*,<br><br>v.<br><br>TWITTER, INC., X CORP., X HOLDINGS I, INC., X HOLDING CORP., and ELON MUSK,<br><br>*Defendants*. | C.A. No. 1:23-cv-780-CFC |

## DEFENDANT ELON MUSK'S MOTION TO DISMISS COUNTS VI AND IX UNDER FEDERAL RULE OF CIVIL PROCEDURE 12(b)(2) AND ALTERNATIVE MOTION TO DISMISS UNDER FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)

Defendant Elon Musk, by and through his undersigned counsel, moves the Court to dismiss all counts asserted against him (Counts VI and IX) under Federal Rule of Civil Procedure 12(b)(2) for lack of personal jurisdiction, and alternatively, under Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim.

The grounds for this Motion are set forth in Defendant Musk's opening brief accompanying this Motion.

Dated: September 6, 2023

Eric Meckley (*pro hac vice forthcoming*)

MORGAN, LEWIS & BOCKIUS LLP

 */s/ Jody C. Barillare*
Jody C. Barillare (#5107)
1201 N. Market Street, Suite 2201
Wilmington, Delaware 19801

1

| | |
|---|---|
| One Market, Spear Street Tower<br>San Francisco, CA 94105<br>415-442-1000<br>eric.meckley@morganlewis.com | 302-574-7294<br>jody.barillare@morganlewis.com<br><br>*Attorneys for Defendant Elon Musk* |

T. Cullen Wallace (*pro hac vice forthcoming*)
1000 Louisiana Street, Suite 4000
Houston, TX 77002-5005
713-890-5722
cullen.wallace@morganlewis.com