IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHRIS WOODFIELD, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED,<br><br>　　　　　　PLAINTIFF,<br><br>　　v.<br><br>TWITTER, INC., X CORP., X HOLDINGS I, INC., X HOLDING CORP., AND ELON MUSK,<br><br>　　　　　　DEFENDANTS. | C.A. No. 1:23-cv-00780-CFC |

**STIPULATED AND [~~PROPOSED~~] ORDER TO EXTEND TIME**

　　WHEREAS, on August 28, 2023, Defendants Twitter, Inc., X Corp., X Holdings Corp., X Holdings I, Inc. ("Defendants") filed their Motion to Compel Arbitration (D.I. 11);

　　WHEREAS, on September 6, 2023, Defendant Elon Musk filed his Motion to Dismiss Based upon Federal Rule of Civil Procedure 12(b)(2) to Dismiss Counts VI and IX and Alternative Motion to Dismiss Under Federal Rule of Civil Procedure 12(b)(6) (D.I. 20);

　　WHEREAS, the parties have agreed to extend Chris Woodfield's ("Plaintiff") time to file an Answering Brief to Defendants' Motion to Compel Arbitration;

　　WHEREAS, the parties have agreed to extend Plaintiff's time to file an Answering Brief in Opposition to Defendant Musk's Motion to Dismiss;

　　IT IS HEREBY STIPULATED AND AGREED, subject to the Court's approval, as follows:

1. By September 28, 2023, Plaintiff shall file and serve its Answering Brief in Response to Defendants' Motion to Compel Arbitration;

2. By September 28, 2023, Plaintiff shall file and serve its Answering Brief in Opposition to the Musk Motion to Dismiss Based upon Federal Rule of Civil Procedure 12(b)(2) to Dismiss Counts VI and IX and Alternative Motion to Dismiss Under Federal Rule of Civil Procedure 12(b)(6);

3. By October 17, 2023, Defendants shall file and serve their Reply to Plaintiff's Answering Brief in Response to Defendants' Motion to Compel Arbitration;

4. By October 17, 2023, Defendant Musk shall file and serve his Reply to Plaintiff's Answering Brief in Opposition to Defendants' Motion Based upon Federal Rule of Civil Procedure 12(b)(2) to Dismiss Counts VI and IX and Alternative Motion to Dismiss Under Federal Rule of Civil Procedure 12(b)(6);

| CHRISTENSEN & DOUGHERTY LLP | MORGAN, LEWIS & BOCKIUS, LLP |
|---|---|
| */s/ Joseph L. Christensen* <br> Joseph L. Christensen (#5146) <br> 1000 N. West Street, Suite 1200 <br> Wilmington, Delaware 19801 <br> Tel: (302) 212-4330 <br> joe@christensendougherty.com <br><br> *Attorney for Plaintiff* | */s/ Jody C. Barillare* <br> Jody C. Barillare (#5107) <br> 1201 N. Market Street, Suite 2201 <br> Wilmington, Delaware 19801 <br> Tel: (302) 574-7294 <br> jody.barillare@morganlewis.com <br><br> *Attorney for Defendants* |

SO ORDERED this 11th day of September 2023.

/s/ Colm F. Connolly
_____
Chief Judge
