IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHRIS WOODFIELD, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED,<br><br>PLAINTIFF,<br><br>v.<br><br>TWITTER, INC., X CORP., X HOLDINGS I, INC., X HOLDING CORP., AND ELON MUSK,<br><br>DEFENDANTS. | C.A. No. 1:23-cv-00780-CFC |

**STIPULATED AND [PROPOSED] ORDER TO EXTEND TIME**

WHEREAS, on September 6, 2023, Defendant Elon Musk filed his Motion to Dismiss Based upon Federal Rule of Civil Procedure 12(b)(2) to Dismiss Counts VI and IX and Alternative Motion to Dismiss Under Federal Rule of Civil Procedure 12(b)(6) (D.I. 20);

WHEREAS, the parties have agreed in principle to a stipulation that would resolve the personal jurisdiction objections presented by the motion, but need additional time to finalize that agreement;

WHEREAS, on September 28, 2023, the Court granted the parties' stipulation extending Plaintiff's time to file an Answering Brief in Opposition to Defendant Musk's Motion to Dismiss (D.I. 28);

WHEREAS, the parties have agreed to further extend Plaintiff's time to file an Answering Brief in Opposition to Defendant Musk's Motion to Dismiss to allow for additional time to finalize the parties' agreement resolving the personal jurisdiction objections presented by the motion;

IT IS HEREBY STIPULATED AND AGREED, subject to the Court's approval, that:

1. By October 19, 2023, Plaintiff shall file and serve its Answering Brief in Opposition to the Musk Motion to Dismiss Based upon Federal Rule of Civil Procedure 12(b)(2) to Dismiss Counts VI and IX and Alternative Motion to Dismiss Under Federal Rule of Civil Procedure 12(b)(6);

2. By November 7, 2023, Defendant Musk shall file and serve his Reply to Plaintiff's Answering Brief in Opposition to Defendants' Motion Based upon Federal Rule of Civil Procedure 12(b)(2) to Dismiss Counts VI and IX and Alternative Motion to Dismiss Under Federal Rule of Civil Procedure 12(b)(6);

Dated: October 12, 2023

| | |
|---|---|
| CHRISTENSEN & DOUGHERTY LLP | MORGAN, LEWIS & BOCKIUS, LLP |
| */s/ Joseph L. Christensen* | */s/ Jody C. Barillare* |
| Joseph L. Christensen (#5146)<br>1000 N. West Street, Suite 1200<br>Wilmington, Delaware 19801<br>Tel: (302) 212-4330<br>joe@christensendougherty.com | Jody C. Barillare (#5107)<br>1201 N. Market Street, Suite 2201<br>Wilmington, Delaware 19801<br>Tel: (302) 574-7294<br>jody.barillare@morganlewis.com |
| *Attorney for Plaintiff* | *Attorney for Defendants* |

SO ORDERED this 13th day of October 2023.

/s/ Colm F. Connolly
The Hon. Colm F. Connolly