IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

CHRIS WOODFIELD, ON BEHALF
OF HIMSELF AND ALL OTHERS
SIMILARLY SITUATED,

                    Plaintiffs,

           v.

X CORP. f/k/a TWITTER, INC., X
HOLDINGS CORP. f/k/a X
HOLDINGS I, INC. and ELON MUSK,

                    Defendants.

C.A. No. 1: 23-cv-00780-UNA

### DECLARATION OF AKIVA M. COHEN IN OPPOSITION TO DEFENDANT ELON MUSK'S MOTIONS TO DISMISS

I, Akiva M. Cohen, declare as follows:

1. I am counsel to Petitioners in this action and submit this Declaration in further support of their Petition for sanctions under Section 1281.97 of the California Code of Civil Procedure. I have personal knowledge of the facts set forth herein and could and would testify competently thereto if required to do so.

2. Annexed hereto as **Exhibit 1** is a true and correct copy of Twitter's Merger Agreement, dated April 25, 2022.

I declare under penalty of perjury under the laws of the State of Delaware and the United States that the foregoing is true and correct.

Executed this 19th day of October 2023 in New Brunswick, New Jersey.

_____

Akiva M. Cohen