IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHRIS WOODFIELD, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED, <br><br> Plaintiffs, <br><br> v. <br><br> X CORP. f/k/a TWITTER, INC., X HOLDINGS CORP. f/k/a X HOLDINGS I, INC. and ELON MUSK, <br><br> Defendants. | C.A. No. 1: 23-cv-00780-UNA |

**CERTIFICATE OF COMPLIANCE**

I certify that the foregoing *Plaintiff's Answering Brief in Opposition to Defendant Musk's Motion to Dismiss* complies with Court's standing order dated November 10, 2022 regarding briefing in all cases. The brief has been prepared using 14-point Times New Roman font and contains 3,522 words, excluding the table of authorities, table of contents, case caption and signature blocks.

Dated: October 19, 2023

Of Counsel
Akiva Cohen (admitted *pro hac vice*)
Dylan M. Schmeyer (admitted *pro hac vice*)
Michael D. Dunford (admitted *pro hac vice*)

**CHRISTENSEN & DOUGHERTY LLP**

*/s/ Joseph L. Christensen*

Joseph L. Christensen (#5146)
1000 N. West Street, Suite 1200
Wilmington, Delaware 19801
Tel: (302) 212-4330
joe@christensendougherty.com

| | |
|---|---|
| Lane A. Haygood (admitted *pro hac vice*)<br>KAMERMAN, UNCYK, SONIKER & KLEIN P.C.<br>1700 Broadway, 16th Floor<br>New York, NY 10019<br>Tel: (212) 400-4930<br>acohen@kusklaw.com<br>dschmeyer@kusklaw.com<br>mdunford@kusklaw.com<br>lhaygood@kusklaw.com | *Attorneys for Plaintiffs* |