## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHRIS WOODFIELD, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED,<br><br>*Plaintiff*,<br><br>v.<br><br>TWITTER, INC., X CORP., X HOLDINGS I, INC., X HOLDING CORP., and ELON MUSK,<br><br>*Defendants*. | C.A. No. 1:23-cv-780-CFC |

**DEFENDANT X CORP. f/k/a TWITTER, INC. AND X HOLDINGS CORP. f/k/a X HOLDINGS I, INC.'S**
**<u>APPLICATION FOR ORAL ARGUMENT</u>**

Pursuant to D. Del. Local Rule 7.1.4, Defendants X Corp. f/k/a Twitter, Inc. and X Holdings Corp. f/k/a X Holdings I, Inc. respectfully request oral argument on their Motion to Compel Arbitration (D.I. 12). This request is made within seven (7) days of Defendants' Reply in Support of its Motion to Compel Arbitration, which was filed on October 17, 2023 (D.I. 31). The related docket entries are as follows:

- Plaintiff Chris Woodfield's ("Plaintiff") Complaint (D.I. 1);

- Defendants' Motion to Compel Arbitration (D.I. 11), Opening Brief in Support of Motion to Compel Arbitration (D.I. 12), Declaration of Eric Meckley in Support of Motion to Compel Arbitration (D.I. 13), and

1

Declaration of Lauren Wegman in Support of Motion to Compel Arbitration (D.I. 14);

- Plaintiff's Answering Brief in Opposition to Motion to Compel Arbitration (D.I. 26) and Declaration of Akiva Cohen in Support of Opposition to Motion to Compel Arbitration (D.I. 27); and

- Defendants' Reply Brief in Support of its Motion to Compel Arbitration (D.I. 31).

Dated: October 24, 2023                         MORGAN, LEWIS & BOCKIUS LLP

                                                     */s/ Jody C. Barillare*
Jody C. Barillare (#5107)
1201 N. Market Street, Suite 2201
Wilmington, Delaware 19801
302-574-7294
jody.barillare@morganlewis.com
*Attorneys for Defendants X Corp. f/k/a Twitter, Inc. and X Holdings Corp. f/k/a X Holdings I, Inc.*