IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHRIS WOODFIELD, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED,<br><br>　　　*Plaintiff*,<br><br>　　v.<br><br>TWITTER, INC., X CORP., X HOLDINGS I, INC., X HOLDING CORP., and ELON MUSK,<br><br>　　　*Defendants*. | C.A. No. 1:23-cv-780-CFC |

**DEFENDANTS X CORP. F/K/A TWITTER, INC.'S AND
X HOLDINGS CORP. F/K/A X HOLDINGS I, INC.'S MOTION TO
STRIKE THE DECLARATION OF AKIVA COHEN (D.I. 27)**

Pursuant to Local Rule 7.1.2 and the Court's inherent powers to manage its docket, Defendants X Corp. f/k/a Twitter, Inc. and X Holding Corp. f/k/a X Holdings I, Inc., by and through its undersigned counsel, hereby move to strike or disregard: (i) the Declaration of Akiva Cohen [D.I. 27] (the "Declaration") filed by Plaintiff Chris Woodfield; and (ii) any reference to the Declaration in Plaintiff's Opposition to Defendants' pending Motion to Compel Arbitration [D.I. 26].

The grounds for this motion are more fully set forth in the accompanying memorandum of law, which is filed concurrently herewith. Accordingly, Defendants respectfully request that the Court enter the Proposed Order attached hereto as **Exhibit A**.

1

|  |  |
|---|---|
| Dated: November 3, 2023 | MORGAN, LEWIS & BOCKIUS LLP |
|  | /s/ Jody C. Barillare |
|  | Jody C. Barillare (#5107) |
| Eric Meckley | 1201 N. Market Street, Suite 2201 |
| One Market, Spear Street Tower | Wilmington, Delaware 19801 |
| San Francisco, CA 94105 | 302-574-7294 |
| 415-442-1000 | jody.barillare@morganlewis.com |
| eric.meckley@morganlewis.com |  |
|  | *Attorneys for Defendants* |
| T. Cullen Wallace |  |
| 1000 Louisiana Street, Suite 4000 |  |
| Houston, TX 77002-5005 |  |
| 713-890-5722 |  |
| cullen.wallace@morganlewis.com |  |