IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| CHRIS WOODFIELD, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED, | |
| *Plaintiff*, | C.A. No. 23-cv-780-CFC |
| v. | |
| TWITTER, INC., X CORP., X HOLDINGS I, INC., X HOLDING CORP., and ELON MUSK | |
| *Defendant*. | |

## STIPULATION AND [PROPOSED] ORDER REGARDING DEFENDANT ELON MUSK'S DEADLINE TO FILE HIS REPLY IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS

WHEREAS, on July 18, 2023, Plaintiff filed his Complaint (D.I. 1);

WHEREAS, on September 6, 2023, Defendant Elon Musk filed his Motion to Dismiss Plaintiff's Complaint (D.I. 20-21);

WHEREAS, on October 19, 2023, Plaintiff filed his Answering Brief in Opposition to Elon Musk's Motion to Dismiss (D.I. 32);

WHEREAS, Defendant Elon Musk's current deadline to file his Reply in Support of his Motion to Dismiss is November 7, 2023 (*see* D.I. 30); and

WHEREAS, the Parties have met and conferred and agreed to extend Defendant Elon Musk's deadline to file his Reply in Support of his Motion to Dismiss by seven days, to and including November 14, 2023;

1

IT IS HEREBY STIPULATED AND AGREED by Plaintiff and Defendant

Elon Musk, subject to the approval of the Court, that Defendant Elon Musk's

deadline to file his Reply in Support of his Motion to Dismiss shall be November

14, 2023.


Dated: November 3, 2023

CHRISTENSEN & DOUGHERTY LLP      MORGAN, LEWIS & BOCKIUS LLP

/s/ Joseph L. Christensen                          /s/ Jody C. Barillare
Joseph L. Christensen (#5146)                 Jody C. Barillare (#5107)
1000 N. West Street, Suite 1200              1201 N. Market Street, Suite 2201
Wilmington, Delaware 19801                   Wilmington, DE 19801
Tel: (302) 212-4330                                 (302) 574-3000
joe@christensendougherty.com              jody.barillare@morganlewis.com

                                                           *Attorneys for Defendants*


SO ORDERED this ___6th___ day of November, 2023

                                    _____
                                    The Hon. Colm F. Connolly

2