# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHRIS WOODFIELD, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED,<br><br>       *Plaintiff*,<br><br>v.<br><br>TWITTER, INC., X CORP., X HOLDINGS I, INC., X HOLDING CORP., and ELON MUSK<br><br>       *Defendant*. | C.A. No. 23-cv-780-CFC |

**STIPULATION AND [PROPOSED] ORDER REGARDING TEMPORARY STAY AND DEFERRAL OF RULING ON DEFENDANT X CORP. f/k/a TWITTER, INC. AND X HOLDINGS CORP. f/k/a X HOLDINGS I, INC.'S MOTION TO COMPEL ARBITRATION AND MOTION TO STRIKE AND DEFENDANT ELON MUSK'S MOTION TO DISMISS**

Plaintiff Christopher Woodfield ("Plaintiff") and Defendants X Corp. f/k/a Twitter, Inc., X Holdings Corp. f/k/a X Holdings I, Inc., and Elon Musk ("Defendants") (Plaintiff and Defendants shall collectively be referred to as the "Parties"), by and through their undersigned counsel, hereby stipulate as follows:

WHEREAS, counsel for the Parties have met and conferred and agreed to mediate Plaintiff's claims;

WHEREAS, the mediation is scheduled to occur on February 7, 2024;

WHEREAS, in service of judicial economy, counsel for the Parties have conferred and agreed to request a temporary stay of this Action, including all

1

currently pending deadlines, briefing schedules, court conferences, motion hearings and Court decisions through February 12, 2024; and

WHEREAS, the Parties have conferred and specifically request that the Court defer ruling on Defendants X Corp. f/k/a Twitter, Inc.'s and X Holdings Corp. f/k/a X Holdings I, Inc.'s pending Motion to Compel Arbitration (D.I. 11-14), Defendants X Corp. f/k/a Twitter, Inc.'s and X Holdings Corp. f/k/a X Holdings I, Inc.'s pending Motion to Strike (D.I. 35-36), and defer ruling on Defendant Elon Musk's pending Motion to Dismiss (D.I. 20-22), until a date on or after February 12, 2024.

NOW, THEREFORE, the Parties stipulate to the following, subject to the Court's approval:

1. This Action shall be stayed through February 12, 2024;

2. All pending pre-trial, discovery-related and briefing deadlines shall be continued to dates after February 12, 2024;

3. The Court shall defer ruling on Defendants X Corp. f/k/a Twitter, Inc.'s and X Holdings Corp. f/k/a X Holdings I, Inc.'s pending Motion to Compel Arbitration (D.I. 11-14), until a date on or after February 12, 2024;

4. The Court shall defer ruling on Defendants X Corp. f/k/a Twitter, Inc.'s and X Holdings Corp. f/k/a X Holdings I, Inc.'s pending Motion to Strike (D.I. 35-36), until a date on or after February 12, 2024;

5.  The Court shall defer ruling on Defendant Elon Musk's pending Motion to Dismiss (D.I. 20-22), until a date on or after February 12, 2024; and

6.  The Parties shall file a joint report with the Court on February 12, 2024 updating the Court regarding status.

Dated: December 18, 2023

| CHRISTENSEN & DOUGHERTY LLP | MORGAN, LEWIS & BOCKIUS LLP |
|---|---|
| */s/ Joseph L. Christensen* <br> Joseph L. Christensen (#5146) <br> 1000 N. West Street, Suite 1200 <br> Wilmington, Delaware 19801 <br> Tel: (302) 212-4330 <br> joe@christensendougherty.com | */s/ Jody C. Barillare* <br> Jody C. Barillare (#5107) <br> 1201 N. Market Street, Suite 2201 <br> Wilmington, DE 19801 <br> (302) 574-3000 <br> jody.barillare@morganlewis.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |

SO ORDERED this _____ day of _____, 2023

_____
The Hon. Colm F. Connolly

3