IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHRIS WOODFIELD, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED,<br><br>　　　　　*Plaintiff*,<br><br>　　　v.<br><br>TWITTER, INC., X CORP., X HOLDINGS I, INC., X HOLDING CORP., and ELON MUSK<br><br>　　　　　*Defendant*. | C.A. No. 23-cv-780-JLH |

## JOINT STATUS REPORT

Plaintiff Christopher Woodfield ("Plaintiff") and Defendants X Corp. f/k/a Twitter, Inc., X Holdings Corp. f/k/a X Holdings I, Inc., and Elon Musk ("Defendants") (Plaintiff and Defendants shall collectively be referred to as the "Parties"), by and through their undersigned counsel, hereby submit this Joint Status Report in response to the Court's request for a status update (see D.I. 48).

On December 19, 2023, the Court ordered this action stayed through February 12, 2024, while the Parties pursued a resolution of this matter through mediation.

On February 7, 2024, the Parties attended a full-day mediation, which resulted in the Parties' receiving a confidential proposal for resolution from the

mediator. The Parties have until February 23, 2024 to consider and respond to the mediator's proposal.

As a result, the Parties jointly request that the stay of this action be extended until February 27, 2024. The Parties then will notify the Court via a further joint status report on February 28, 2024 regarding the status of the settlement negotiations.

Dated: February 15, 2024

| CHRISTENSEN & DOUGHERTY LLP | MORGAN, LEWIS & BOCKIUS LLP |
|---|---|
| */s/ Joseph L. Christensen* <br> Joseph L. Christensen (#5146) <br> 1000 N. West Street, Suite 1200 <br> Wilmington, Delaware 19801 <br> Tel: (302) 212-4330 <br> joe@christensendougherty.com | */s/ Jody C. Barillare* <br> Jody C. Barillare (#5107) <br> 1201 N. Market Street, Suite 2201 <br> Wilmington, DE 19801 <br> (302) 574-3000 <br> jody.barillare@morganlewis.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendants* |