# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHRIS WOODFIELD, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED,<br><br>*Plaintiff*,<br><br>v.<br><br>TWITTER, INC., X CORP., X HOLDINGS I, INC., X HOLDING CORP., and ELON MUSK,<br><br>*Defendants*. | C.A. No. 1:23-cv-780-JLH |

## DEFENDANT ELON MUSK'S RENEWED MOTION TO DISMISS UNDER FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)

Defendant Elon Musk, by and through his undersigned counsel, renews his motion to dismiss under Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim [D.I. 20].[1]

The grounds for this Motion are set forth in Defendant Musk's opening brief accompanying the Motion [D.I. 21] and subsequent reply brief [D.I. 41].

Dated: February 29, 2024          MORGAN, LEWIS & BOCKIUS LLP

                                  */s/ Jody C. Barillare*

---

[1] The Motion, as originally filed, also sought dismissal for lack of personal jurisdiction under Federal Rule of Civil Procedure 12(b)(2). Defendant Musk partially withdrew his motion only to the extent it sought dismissal under Federal Rule of Civil Procedure 12(b)(2). [D.I. 40]. The withdrawal did not impact the remaining portions of the Motion seeking dismissal under Federal Rule of Civil Procedure 12(b)(6).

| | |
|---|---|
| Eric Meckley<br>One Market, Spear Street Tower<br>San Francisco, CA 94105<br>415-442-1000<br>eric.meckley@morganlewis.com<br><br>T. Cullen Wallace<br>1000 Louisiana Street, Suite 4000<br>Houston, TX 77002-5005<br>713-890-5722<br>cullen.wallace@morganlewis.com | Jody C. Barillare (#5107)<br>1201 N. Market Street, Suite 2201<br>Wilmington, Delaware 19801<br>302-574-7294<br>jody.barillare@morganlewis.com<br><br>*Attorneys for Defendant Elon Musk* |

2