IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CHRIS WOODFIELD, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED,<br><br>   *Plaintiff*,<br><br>  v.<br><br>TWITTER, INC., X CORP., X HOLDINGS I, INC., X HOLDING CORP., and ELON MUSK,<br><br>   *Defendants*. | C.A. No. 1:23-cv-780-JLH |

**DEFENDANTS' RESPONSE TO PLAINTIFFS' SUBMISSION OF SUBSEQUENT AUTHORITY**

  Plaintiff's *Submission of Subsequent Authority* [D.I. 62] goes beyond the citation of subsequent authority as permitted by Local Rule 7.1.2(b) and, instead, includes impermissible supplemental legal argument regarding the purported import of the decision attached thereto—*Frazier v. X. Corp.*, 24-cv-02135 (S.D.N.Y. July 12, 2024) (the "Opinion"). Plaintiffs may not introduce additional legal argument under the guise of a "citation of subsequent authority" under Local Rule 7.1.2(b)—they must instead seek leave to file a sur-reply.

  To the extent the Court considers Plaintiff's impermissible argument, Defendants note that Plaintiff's submission omits crucial details regarding the Opinion, including that it rejected arguments raised in *Plaintiffs' Memorandum of Law Regarding the Impact of the Decision in Zhang v. Twitter* [D.I. 59] by holding that whether the *Zhang* decision has any collateral-estoppel effect is a matter for an individual arbitrator to decide on an individual basis. Opinion at 9 n.3. If anything, the Opinion relates to Defendants' pending *Motion to Compel Arbitration* [D.I. 11-12, 52] by recognizing that the parties' arbitration agreement gives the individual arbitrator ultimate

1

authority to resolve the parties' fees disputes. Opinion at 8-9. Nothing in the Opinion, which granted a petition to compel arbitration under 9 U.S.C. § 4, provides support for the declaratory relief that Plaintiff seeks here, which would foreclose resolving the Parties' fees dispute before an individual arbitrator.

|  |  |
|---|---|
| Dated: July 12, 2024 | MORGAN, LEWIS & BOCKIUS LLP |
|  | */s/ Jody C. Barillare* |
|  | Jody C. Barillare (#5107) |
| Eric Meckley | 1201 N. Market Street, Suite 2201 |
| One Market, Spear Street Tower | Wilmington, Delaware 19801 |
| San Francisco, CA 94105 | 302-574-7294 |
| 415-442-1000 | jody.barillare@morganlewis.com |
| eric.meckley@morganlewis.com |  |
|  | *Attorneys for Defendants* |
| T. Cullen Wallace |  |
| 1000 Louisiana Street, Suite 4000 |  |
| Houston, TX 77002-5005 |  |
| 713-890-5722 |  |
| cullen.wallace@morganlewis.com |  |