## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

CHRIS WOODFIELD, ON BEHALF
OF HIMSELF AND ALL OTHERS
SIMILARLY SITUATED,

              Plaintiff,

    v.

TWITTER, INC., X CORP., X
HOLDINGS I, INC., X HOLDING
CORP., AND ELON MUSK,

              Defendants.

C.A. No. 1:23-cv-00780-JLH

## NOTICE OF FIRM NAME CHANGE

PLEASE TAKE NOTICE that effective immediately, Christensen & Dougherty LLP has changed its name as follows: Christensen Law LLC.  The firm's address and phone number will remain the same and updated email addresses are set forth below.

DATED: September 20, 2024

              CHRISTENSEN LAW LLC

               */s/ Joseph L. Christensen*
              Joseph L. Christensen (#5146)
              1201 North Market Street, Suite 1404
              Wilmington, DE 19801
              (302) 212-4330
              joe@christensenlawde.com

              *Counsel for Plaintiff*