**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| CHRIS WOODFIELD, ON BEHALF OF HIMSELF AND ALL OTHERS SIMILARLY SITUATED, | ) | |
| Plaintiffs, | ) | C.A. No. 1:23-cv-00780-TMH |
| v. | ) | |
| TWITTER, INC., X CORP., X HOLDINGS I, INC., X HOLDING CORP., and ELON MUSK, | ) | |
| Defendants. | ) | |

**ORDER**

At Wilmington, this 11th day of September 2026:

For the reasons set forth in the Memorandum Opinion issued on this date, **IT IS HEREBY ORDERED** that Defendants' motion to compel arbitration on an individual basis is **GRANTED** and this action is **DISMISSED** without prejudice.

/s/ Todd M. Hughes
The Honorable Todd M. Hughes
United States Circuit Judge, sitting by designation